United States District Court
Southern District of New York

Joseph Waterman, on behalf of themselves
and other similarly situated individuals,

                Plaintiffs,

-against-

Bonded Filter Co., LLC,

                Defendant.

**AFFIDAVIT OF SERVICE**

Civil Action No. 7:20-cv-09010-CS

Date Filed 10/28/2020

State of New York )
                ss:
County of Albany )

Edward J. Bowmaker, being duly sworn, deposes and says:

Deponent is over the age of eighteen and is a resident of New York State and is not a party to this action. That on October 30, 2020 at approximately 2:15 PM deponent served the following specific papers pursuant to Section 303 of the Limited Liability Company Law: Summons in a Civil Action, Amended Complaint with Jury Demand, Emergency Individual Rules and Practices in Light of COVID-19 of Cathy Seibel, United States District Judge [Revised: September 1, 2020], Individual Practices of Judge Cathy Seibel [Dated; February 3, 2020], and Electronic Case Filing Rules & Instructions April 1, 2020 Edition Includes Temporary Provisions Related to Coronavirus/COVID-19 Pandemic, that the party served was Bonded Filter Co. LLC sued herein as Bonded Filter Co., LLC., a foreign limited liability company, the defendant in this action, by personally serving two copies of the aforesaid papers at the office of the New York State Secretary of State located at 99 Washington Avenue, 6th Floor, in the City of Albany, New York by delivering to and leaving the papers with Sue Zouky, a white female with light brown hair, being approximately 60 years of age; height of 5'0", weight of 125 lbs., being an authorized person in the Corporation Division of the Department of State and empowered to receive such service. That at the time of making such service, deponent paid the fee prescribed by Law in the amount of $40.00.

                              *Edward J. Bowmaker*
                              Edward J. Bowmaker

Sworn to before me this 30 day of October, 2020

Meagan E. McGraw
Notary Public – State of New York
Qualified in Albany County
Registration No. 01MC6399665
Commission Expires: 10-28-2023