# JacksonLewis

**Jackson Lewis P.C.**
666 Third Avenue
29th Floor
New York, NY 10017
(212) 545-4000 General
(212) 972-3213 Fax
jacksonlewis.com

May 3, 2021

**_VIA ECF_**
Honorable Cathy Seibel
United States District Judge
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

                      Re:     _Waterman v. Bonded Filter Co., LLC_
                                Case No. 7:20-cv-09010 (CS)(AEK)

Dear Judge Seibel:

        This firm represents Defendant Bonded Filter Co., LLC in the above-captioned matter. We write jointly with Plaintiff's counsel to inform the Court that, pursuant to Your Honor's April 19, 2021 Order (ECF No. 20), the Parties have agreed to a revised settlement agreement with a release limited in scope to Plaintiff's wage and hour claims only, enclosed herewith for the Court's review.[1]

        Thank you for your courtesy and attention to this request.

                            Respectfully submitted,

                            JACKSON LEWIS P.C.

                            _/s Adam S. Gross_

                            Adam S. Gross

cc:     All parties (via ECF)

4846-7762-4039, v. 2

---

[1] The Parties have executed a second, private settlement agreement with respect to Plaintiff's additional claims raised during arm's length settlement discussions. As noted in Plaintiff's fairness letter, pursuant to this updated agreement, Plaintiff, by his own calculations, will be recovering all of his alleged wage and hour damages separately from the payment of attorneys' fees and costs.