Case 7:20-cv-09010-CS   Document 26   Filed 05/14/21   Page 1 of 1
DocuSign Envelope ID: 857ED22E-E6A7-4B2C-8D56-06F526E8A5D6
Case 7:20-cv-09010-CS   Document 24-4   Filed 05/13/21   Page 2 of 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH WATERMAN, on behalf of himself and all others similarly situated,

               Plaintiff,

-against-

BONDED FILTER CO., LLC,

               Defendant.

Case No.: 7:20-cv-09010 (CS)(AEK)

## STIPULATION AND ORDER OF FINAL DISMISSAL WITH PREJUDICE

This Court, having considered and inspected the Settlement Agreement and Release between the Parties in the above-captioned action, IT IS HEREBY ORDERED that: (1) the settlement is approved; and (2) the above-captioned action is hereby dismissed with prejudice in its entirety against Defendant with no award of attorneys' fees or costs to any party.

Respectfully submitted,

By: *Adam S. Gross*
Adam S. Gross, Esq.
Gregory S. Slotnick, Esq.

JACKSON LEWIS P.C.

666 Third Avenue, 29th Floor
New York, New York 10017
*ATTORNEYS FOR DEFENDANT*

By: _____
Jason L. Solotaroff, Esq.

GISKAN   SOLOTAROFF   &
ANDERSON LLP

90 Broad Street, 10th Floor
New York, New York 10004
*ATTORNEYS FOR PLAINTIFF*

SO ORDERED on this 13th day of May, 2021.

*Cathy Seibel*
Hon. Cathy Seibel
United States District Judge

The Clerk shall close the case.